**Dismissed and Opinion Filed March 21, 2024**



**In the**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00764-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**JOSE SALVADOR MARTINEZ, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. M19-24633**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Carlyle

Before the Court is the State's Motion to Dismiss State's Appeal. The motion states, "Having reviewed [the] full record of the proceedings below and having considered the legal arguments available to the State given the procedural posture of the case and applicable standard of review, the State has determined that this appeal should be dismissed." We grant the motion, and we order the appeal dismissed.

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE

230764f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-23-00764-CR      V.

JOSE SALVADOR MARTINEZ,
Appellee

On Appeal from the County Criminal
Court No. 1, Dallas County, Texas
Trial Court Cause No. M19-24633.
Opinion delivered by Justice Carlyle.
Justices Reichek and Miskel
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 21st day of March, 2024.